UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANGELIA D. GEX :

    PLAINTIFF, : CASE NO. 3:04cv0403

v. : JUDGE ROSE

TOYS "R" US, INC. :
                                  MAGISTRATE MERZ
    DEFENDANT. :

## NOTICE OF STIPULATED DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(ii), the parties hereby stipulate to the dismissal of all claims, without prejudice. Each party to bear its own costs

s/Rayl L. Stepter
Rayl L. Stepter (0047505)
111 W. Rich Street, Suite 430
Columbus, Ohio 43215
(614) 463-9790
Fax (614) 463-9877
Trial Attorney of Plaintiff

s/Mindy S. Novick
Jason A. Zoldessy *
Mindy Nowick*
JACKSON LEWIS LLP
59 Maiden Lane
New York, NY 10038-4502
(212) 545-4000
Trial Attorney for Defendant

s/Lois A. Gruhin by s/Jason A.
Zoldessy per telephone authorization

Lois A. Gruhin (0012672)
ZASHIN & RICH CO. LPA
Fifth Third Center, Suite 1900
Columbus, Ohio 43215
(614) 224-4411
Trial Attorney for Defendant

*Admitted Pro hac vice

October 18, 2005